In the Matter of DANIEL JACOBS, a New York City Marshal, Respondent. COMMISSIONER OF INVESTIGATION OF THE CITY OF NEW YORK, Petitioner.

First and Second Departments, November 20, 1973.

---

*Joseph T. McGough, Jr.,* for petitioner.

*Goldman & Hafetz* for respondent.

*Per Curiam.* The Commissioner of Investigation has charged the respondent, a Marshal of the City of New York, with improper service of petitions in landlord-tenant proceedings and with filing false affidavits of nonmilitary service. Discipline of City Marshals is entrusted to the Appellate Division (CCA, § 1610).

The respondent has submitted his letter of resignation to the Mayor and by cross motion requests acceptance of his resignation by this court. The court accepts this resignation with prejudice to any further public employment by the respondent. The further relief requested by respondent is denied and the proceeding is dismissed.

First Department

STEVENS, P. J., NUNEZ, LANE, STEUER and CAPOZZOLI, JJ., concur.

Second Department

RABIN, P. J., HOPKINS, MUNDER, MARTUSCELLO and LATHAM, JJ., concur.

Proceeding dismissed.